UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FORUM FOR EQUALITY LOUISIANA, INC., JACQUELINE M. BRETTNER, M. LAUREN BRETTNER, NICHOLAS J. VAN SICKELS, ANDREW S. BOND, HENRY LAMBERT, R. CAREY BOND, L. HAVARD SCOTT, III, and SERGIO MARCH PRIETO, *Plaintiffs*<br><br>v.<br><br>TIM BARFIELD, in his official capacity as Secretary of the Louisiana Department of Revenue, and DEVIN GEORGE, in his official capacity as Louisiana State Registrar, *Defendants* | NO. 14-CV-327, SECTION F<br>JUDGE MARTIN L.C. FELDMAN<br>MAGISTRATE KAREN WELLS ROBY |

## ORDER

CONSIDERING the parties' Joint Motion for Briefing Schedule, Extended Briefing Length, and Extension of Defendants' Deadline to submit a responsive pleading;

IT IS HEREBY ORDERED that:

1. The parties will file cross-motions for summary judgment by Tuesday, April 8, 2014.

2. The parties will file cross-responses to the summary judgment motions by Thursday, May 8, 2014.

3. The parties will file any reply memoranda, subject to leave of the Court, no later than Friday, May 23, 2014.

4. The parties have leave to file briefs which exceed the page limits outlined in Local Rule 7.7 within the following guidelines:

    a. Memoranda in support of summary judgment shall not exceed 50 pages, excluding exhibits.

1152020v1

    b. Responses to summary judgment motions shall not exceed 25 pages, excluding exhibits

    c. Any reply memoranda shall not exceed 10 pages, excluding exhibits.

5. Defendants' answer is currently due on March 6, 2014. In light of this Order, Defendants will be given an extension for filing a responsive pleading until April 8, 2014.

6. The Court shall hear oral argument on the parties' cross-motions for summary judgment on the Court's hearing date of Wednesday, May 28, 2014.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

```
DENIED as premature pending a
status conference.
```

2/27/14

2

1152020v1