MINUTE ENTRY
FELDMAN, J.
March 14, 2014

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN P. ROBICHEAUX, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO.  13-5090 c/w 14-97 |
| DEVIN GEORGE, ET AL | * | SECTION "F" |
| | | |
| FORUM FOR EQUALITY LOUISIANA, INC., ET AL | * | CIVIL ACTON |
| VERSUS | * | NO. 14-327 |
| TIM BARFIELD, ET AL | * | SECTION "F" |

IT IS ORDERED:

A status conference in the above captioned cases was held this day.

Present:

S. Kyle Duncan, Esquire
Dalton Courson, Esquire
Lesli Harris, Esquire
Scott Spivey, Esquire



JS10: 45 min.